KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER        21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
FERNANDA SANTOS,                         DOCKET NO:
                                         07 CV 05319
            Plaintiff,

    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.,
BATTERY PARK CITY AUTHORITY, BFP ONE     NOTICE OF
LIBERTY PLAZA CO., LLC., BFP TOWER       APPEARANCE
C CO., LLC, BFP TOWER C MM LLC
BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P, BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., DEPARTMENT OF
BUSINESS SERVICES, ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWER
ASSOCIATES, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN BROTHERS
HOLDINGS, INC., LEHMAN BROTHERS, INC.,

BEHMAN COMMERCIAL PAPER, INC., MERRILL
LYNCH & CO., INC., NEW YORK
CITY SCHOOL CONSTRUCTION,
AUTHORITY, ONE WALL STREET
HOLDINGS, LLC., R Y MANAGEMENT, CO.,
ROYAL AND SUN ALLIANCE INSURANCE
GROUP., PLC, RY MANAGEMENT, THE
BANK OF NEW YORK COMPANY, INC.,
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORORATE SERVICES, INC.,TRC
ENGINEERS, INC., TUCKER ANTHONY, INC.,
VERIZON NEW YORK, INC., WFP RETAIL
CO., G.P., CORP., WFP RETAIL
CO., L.P., WFP TOWER A CO., WFP TOWER A
CO., G.P., CORP., WFP TOWER A COP., L.P.,
AND ZAR REALTY MANAGEMENT CORP., ET AL.

                              Defendants.
..............................................................................x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 28, 2008                    Kevin G. Horbatiuk
                                         Kevin G. Horbatiuk (KGH4977)
                                         Matthew P. Mazzola (MM-7427)
                                         Attorneys for Defendant
                                         **CUNNINGHAM DUCT WORK s/h/i/a
                                         CUNNINGHAM DUCT CLEANING CO., INC.**
                                         RUSSO, KEANE & TONER, LLP
                                         26 Broadway, 28th Floor
                                         New York, New York 10004
                                         (212) 482-0001
                                         RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**FERNANDA SANTOS**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**FERNANDA SANTOS**
115 Broadway 12th Floor
New York, New York 10006

_Kevin G Horbatiuk_
KEVIN G. HORBATIUK