KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER                    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
FERNANDA SANTOS,                                     DOCKET NO:
                                                     07 CV 05319
                    Plaintiff,

    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.,
BATTERY PARK CITY AUTHORITY, BFP ONE                 NOTICE OF
LIBERTY PLAZA CO., LLC., BFP TOWER                   ADOPTION OF
C CO., LLC, BFP TOWER C MM LLC                       ANSWER TO
BLACKMON-MOORING STEAMATIC                           MASTER COMPLAINT
CATASTOPHE, INC., d/b/a BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P, BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., DEPARTMENT OF
BUSINESS SERVICES, ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., HUDSON VIEW EAST
CONDOMINIUM, HUDSON VIEW TOWER
ASSOCIATES, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN BROTHERS
HOLDINGS, INC., LEHMAN BROTHERS, INC.,

BEHMAN COMMERCIAL PAPER, INC., MERRILL
LYNCH & CO., INC., NEW YORK
CITY SCHOOL CONSTRUCTION,
AUTHORITY, ONE WALL STREET
HOLDINGS, LLC., R Y MANAGEMENT, CO.,
ROYAL AND SUN ALLIANCE INSURANCE
GROUP., PLC, RY MANAGEMENT, THE
BANK OF NEW YORK COMPANY, INC.,
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORORATE SERVICES, INC.,TRC
ENGINEERS, INC., TUCKER ANTHONY, INC.,
VERIZON NEW YORK, INC., WFP RETAIL
CO., G.P., CORP., WFP RETAIL
CO., L.P., WFP TOWER A CO., WFP TOWER A
CO., G.P., CORP., WFP TOWER A COP., L.P.,
AND ZAR REALTY MANAGEMENT CORP., ET AL.

                      **Defendants.**
...................................................................X

      **PLEASE TAKE NOTICE**, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       April 30, 2008

                                    Kevin G. Horbatiuk
                                    Kevin G. Horbatiuk (KGH4977)
                                    Matthew P. Mazzola (MM-7427)
                                    Attorneys for Defendant
                                    **CUNNINGHAM DUCT WORK s/h/i/a**
                                    **CUNNINGHAM DUCT CLEANING CO., INC.**
                                    RUSSO, KEANE & TONER, LLP
                                    26 Broadway, 28th Floor
                                    New York, New York 10004
                                    (212) 482-0001

TO:	CHRISTOPHER R. LaPOLA, ESQ.,
	WORBY GRONER EDELMAN & NAPOLI BERN, LLP
	Attorney for Plaintiff
	**FERNANDA SANTOS**
	115 Broadway 12th Floor
	New York, New York 10006
	(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**FERNANDA SANTOS**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
_____
**KEVIN G. HORBATIUK**