UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE WORLD TRADE CENTER                              21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION
_____

FERNANDA SANTOS,                                      07CV5319(AKH)

                              Plaintiff(s),           **NOTICE OF ADOPTION BY
                                                      100 CHURCH LLC OF
              -against-                               AMENDED ANSWER TO
                                                      MASTER COMPLAINT**
100 CHURCH LLC, et al.,

                              Defendants.
_____

        **PLEASE TAKE NOTICE** that defendant **100 CHURCH LLC** (hereinafter "100

Church"), as and for its response to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) related to the Master Complaint adding new defendants not previously

served filed in the above-referenced action, herein adopts 100 Church's Amended Answer to

Master Complaint dated August 30, 2007, which was filed in the matter of *In re World Trade*

*Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).  **100 CHURCH**  has filed

a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from

having to file such a disclosure in this specific matter, pursuant to the provisions of Case

Management Order No. 4 (¶ J(2)).

        **PLEASE TAKE FURTHER NOTICE THAT** defendant, **100 CHURCH** reserves its

right to assert any defenses to which it is entitled, including but not limited to those enumerated

in Case Management Order No. 4 (¶¶ D(1)-(5)).

**WHEREFORE**, 100 Church demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
         May 14, 2008

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
100 CHURCH LLC

_____/s/_____
Stanley Goos, Esq.  (SG 7062)
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
*Liaison Counsel for Plaintiff*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

**All Counsel via ECF**

## <u>CERTIFICATION AS TO SERVICE</u>

The undersigned certifies that on May 14, 2008, I caused to be filed and served

the following document electronically via the Court's ECF system upon the parties:

1.    Notice of 100 Church LLC's Adoption of Amended Answer to Master
     Complaint.


Dated: May 14, 2008


_____/s/_____
Stanley Goos, Esq. (SG 7062)