UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
------------------------------------------------------------------X
FERNANDA SANTOS, : 07-CV-05319-AKH

                Plaintiff,

              - against -                  **APPEARANCE**

100 CHURCH, LLC, *et al.*,             **ELECTRONICALLY FILED**

              Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       June 30, 2008

                          By:    /s/ Judith R. Cohen
                                           _____
                                           Judith R. Cohen (JC-8614)
                                           1177 Avenue of the Americas
                                           New York, New York 10036
                                           Phone: (212) 277-6500
                                           Fax: (212) 277-6501

                                           *Attorney for Defendant*
                                           MERRILL LYNCH & CO., INC.